UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
MAR 29 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 4:17CR144 RLW/JMB |
| DWAINE HINKLE, | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT ONE
### (THREAT AGAINST A FEDERAL OFFICIAL)

The Grand Jury Charges That:

On or about March 14, 2017, in the Eastern District of Missouri, the defendant, **DWAINE HINKLE,** did threaten to murder an employee of the United States, an employee of the Internal Revenue Service, with intent to impede, intimidate, or interfere with this employee while she was engaged in the performance of her official duties.

All in violation of Section 115(a)(1)(A) of Title 18 of the United States Code.

A TRUE BILL.

_____
FOREPERSON

CARRIE COSTANTIN
Acting United States Attorney

_____
ANTHONY L. FRANKS, #50217MO
Assistant United States Attorney