# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 4:17 CR 0144 RLW/JMB |
| ) | |
| **DWAINE HINKLE,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER FOR MENTAL EXAMINATION

Upon oral and written motion of counsel for Dwaine Hinkle ("Defendant") [ECF Nos. 11, 12], and it appearing to the Court that Defendant Dwaine Hinkle may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his own defense, the Court, pursuant to Section 4241, Title 18, United States Code, does hereby order that Defendant be examined as to his mental condition. The Court does hereby direct the United States Marshal for the Eastern District of Missouri to take Defendant forthwith in his custody to a medical facility for federal prisoners designated by the Bureau of Prisons, and there to be examined as promptly as possible, but in no case for a period in excess of forty-five (45) days. See 18 U.S.C. § 4247(b).

Upon completion of the examination, the Defendant shall be returned to this judicial district by the United States Marshal. Also, upon completion of the examination, a report shall be prepared and filed with the Court in accordance with the provisions of Section 4247(b) and (c), Title l8, United States Code. The report shall include: 1) Defendant's history and present

symptoms; 2) a description of the psychiatric, psychological, and medical tests that were employed and their results; 3) the examiner's findings; and 4) the examiner's opinions as to diagnosis, prognosis, and whether Defendant is suffering from a mental disease or defect rendering her mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and whether Defendant was insane at the time of the offense charged.

Accordingly,

**IT IS HEREBY ORDERED** that the motion to determine Defendant's competency [ECF No. 11] is **GRANTED**.

**IT IS FURTHER ORDERED** that while at the medical facility for federal prisoners, Defendant shall receive medical and psychiatric treatment if any such treatment is deemed appropriate by the medical personnel at the facility.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send three certified copies of said order to the United States Marshals Service.

**IT IS FINALLY ORDERED** that the Warden at the medical center or the Warden's designee shall advise this Court in writing of the date of Defendant's arrival at the medical center. That notice shall be filed with the Court within five (5) days of Defendant's arrival at the institution.

/s/ *John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 10th day of April, 2017.