IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) No. 4:17CR144 RLW (JMB) |
| | ) |
| DWAINE HINKLE | ) |
| | ) |
|     Defendant. | ) |

### DEFENDANT'S SUPPLEMENTAL INFORMATION TO THE COURT ON THE ISSUE OF DETENTION OR RELEASE

COMES NOW defendant DWAINE HINKLE, through his attorney, Lucille G. Liggett, Assistant Federal Public Defender, and supplements the information presented by Defendant at the detention hearing on the issue of detention or release:

On this date, Counsel for Defendant spoke to Mr. Hinkle's father. Mr. Hinkle's father contacted BJC to inquire about re-engaging his son with psychiatric services and medication. If Mr. Hinkle were released on bond, Mr. Hinkle's father will take Mr. Hinkle directly to the BJC office at 1430 Olive for the intake process. Mr. Hinkle must go through the intake process as he has not received services through BJC in a year or more. After the intake process, BJC will assign Mr. Hinkle to an office for psychiatric services and medication. In an effort to assist Mr. Hinkle and his father with the intake process, Counsel will fax a medical release to the local jail where Mr. Hinkle is housed and request the medical/psychiatric records so BJC has Mr. Hinkle's current list and dosage of medications. If the Court orders Mr. Hinkle released on bond, Counsel will contact the United States Marshals and request that the local jail send Mr. Hinkle's medications with transportation on the day Mr. Hinkle is scheduled to be

released on bond.    This medication will ensure that Mr. Hinkle has his medication if there is any delay between the intake process and his first psychiatric appointment at BJC.

        Respectfully submitted,

        /s/Lucille G. Liggett
        LUCILLE G. LIGGETT
        Assistant Federal Public Defender
        1010 Market Street, Suite 200
        St. Louis, Missouri 63101
        Telephone: (314) 241-1255
        Fax: (314) 421-3177
        E-mail: Lucy_Liggett@fd.org

        ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Anthony Franks, Assistant United States Attorney.

        /s/Lucille G. Liggett
        LUCILLE G. LIGGETT
        Assistant Federal Public Defender