UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:17-CR-144 RLW (JMB) |
| DWAINE HINKLE, | ) |
| Defendant. | ) |

### ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that the motion of the government to dismiss the indictment as to Defendant Dwaine Hinkle, pursuant to Fed. R. Crim. P. Rule 48(a) [ECF No. 112], is **GRANTED**.

**IT IS FURTHER ORDERED** that all other pending motions are **DENIED** as moot. [ECF Nos. 105, 110, 111]

**IT IS FURTHER ORDERED** that this matter is dismissed **with prejudice**.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 4th day of May, 2020.